PROB 12B
(7/93)

Report Date: May 6, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 13 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tyrone A Ramirez            Case Number: 2:06CR02054-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 9/26/2006          Type of Supervision:

Original Offense: Possession of Firearm by     Date Supervision Commenced: 05/12/2010
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 57 Months; TSR - 36    Date Supervision Expires: 05/11/2013
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a residential reentry center (RRC) for a period of up to 120 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Mr. Ramirez is scheduled to be released from the Bureau of Prisons on May 12, 2010. At this time, he is considered homeless and he is requesting to be placed at an RRC as a public law for period of up to 120 days. The petition for modification in the conditions of supervised release is made at the request of this officer and as agreed to by Mr. Ramirez, as noted in the attached waiver signed by the defendant. Mr. Ramirez was advised of the potential impact such a condition could have on his supervision, and he acknowledged this understanding verbally and with his signature.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   5/6/10

Jose Zepeda
U.S. Probation Officer

Prob 12B
Re: Ramirez, Tyrone A
May 6, 2010
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✗]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

5/13/2010
Date