PROB 12C
(7/93)

Report Date: June 18, 2010

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 22 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Tyrone A. Ramirez        Case Number: 2:06CR02054-001 and
                                                        2:06CR02148-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/26/2006

| | |
|---|---|
| Original Offense: | 2:06CR02054-001: Possession of Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)<br>2:06CR02148-001: Assault, Resisting or Impeding a Federal Officer, 18 U.S.C. §§ 111(a)(1) and 1114 |
| Original Sentence: | 2:06CR02054-001: Prison - 57 Months; TSR - 36 Months<br>2:06CR02148-001: Prison - 6 Months; TSR - 12 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: TBD | Date Supervision Commenced: 5/12/2010 |
| Defense Attorney: Federal Defender's Office | Date Supervision Expires:<br>2:06CR02054-001: 5/11/2013<br>2:06CR02148-001: 5/11/2011 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1        **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the Court or probation officer.

         **Supporting Evidence**: Mr. Ramirez traveled outside the Eastern District of Washington without permission on June 12, 2010.

         According to Mr. Ramirez' brother, he picked up the defendant and traveled to Pendleton, Oregon, on Saturday, June 12, 2010. The defendant's brother also reported that on Monday, June 14, 2010, the defendant took the Greyhound Bus Line to Portland, Oregon.

2        **Standard Condition #5**: The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

Prob12C
Re: Ramirez, Tyrone A.
June 18, 2010
Page 2

        **Supporting Evidence**: Mr. Ramirez was terminated from his employment at Zirkle Fruit in Yakima, Washington, on June 14, 2010.

        According to Mr. Ramirez' roommate, the defendant was terminated from his employment for failing to report for work.

3        **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Ramirez failed to report for random urinalysis testing at Merit Resource Services (Merit) on June 9, and 15, 2010.

4        **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: Mr. Ramirez failed to report a change of address as of June 18, 2010.

        According to Mr. Ramirez' roommate, the last time he saw the defendant was on June 10, 2010. He indicated the defendant was with his brother in Pendleton, Oregon. Mr. Ramirez failed to report a change of address and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/18/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

June 22, 2010
Date